**PRYOR BUILDING & INVESTMENT COMPANY, a Corporation, v. FEDERAL HOUSING ADMINISTRATION and Federal Housing Administrator, In His Official Capacity.**

No. 3591.

Circuit Court of Appeals, Tenth Circuit.

Nov. 6, 1947.

R. A. Wilkerson, of Pryor, Okl., for appellant.

Curtis P. Harris, Sp. Atty., Department of Justice, of Oklahoma City, Okl., for appellee.

Before PHILLIPS, BRATTON, and HUXMAN, Circuit Judges.

PER CURIAM.

Docketed and dismissed on motion of appellee for failure to prosecute.

■

**Russell O. SNIDER v. UNITED STATES of America.**

No. 3565.

Circuit Court of Appeals, Tenth Circuit.

Nov. 8, 1947.

Will G. Beardslee, of Seattle, Wash., and E. E. Birchby, of Sheridan, Wyo., for appellant.

Carl L. Sackett, U. S. Atty., and John C. Pickett, Asst. U. S. Atty., both of Cheyenne, Wyo., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed on motions of the parties.

■

**Herbert B. YOUNG, Appellant, v. TERMINAL RAILROAD ASSOCIATION OF ST. LOUIS, a Corporation.**

No. 13546.

Circuit Court of Appeals, Eighth Circuit.

Oct. 13, 1947.

Harvey B. Cox and Roberts P. Elam, both of St. Louis, Mo., for appellant.

Arnot L. Sheppard, of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed on ground that order appealed from is not a final decision, on motion of appellee.